# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 5 - 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. '10 – CV – 0 2 4 2 0  BnB

**(The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.)**

ANDREW MARK LAMAR,

      Petitioner,

v.

ARISTEDES ZAVARAS, Executive Director of the Colorado Department of Corrections,

      Respondent.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PETITIONER TO CURE DEFICIENCY

---

      Petitioner has submitted a "Prisoner's Motion and Affidavit for Leave to Proceed In Forma Pauperis (IFP) Pursuant to 28 U.S.C.A. § 1915."  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted document is deficient as described in this order.  Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action.  Petitioner will be directed to cure the following if he wishes to pursue his claims.  Any papers which the Petitioner files in response to this order must include the civil action number on this order.

      Because Petitioner does not indicate whether he is challenging the validity of his conviction, in which case he should file his claims on a Court-approved form used in filing a 28 U.S.C. § 2254 action, or he is challenging the execution of his sentence, in which case he should file his claims on a Court-approved form used in filing a 28 U.S.C.

§ 2241 action, the Clerk of the Court will be instructed to provide Petitioner with both

forms.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) _X_ is missing certificate showing current balance in prison account  <u>(Account statement submitted is not certified by an appropriate official of Petitioner's penal institution.)</u>
(5) ___ is missing required financial information
(6) ___ is missing an original signature by the prisoner
(7) _X_ is not on proper form (must use the court's current form)
(8) ___ names in caption do not match names in caption of complaint, petition or habeas application
(9) ___ An original and a copy have not been received by the court. Only an original has been received.
(10) ___ other:_____.

**Complaint, Petition or Application**:
(11) _X_ is not submitted
(12) ___ is not on proper form (must use the court's current form)
(13) ___ is missing an original signature by the prisoner
(14) ___ is missing page nos. ___
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ An original and a copy have not been received by the court.  Only an original has been received.
(17) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) ___ names in caption do not match names in text
(19) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter.  It is

FURTHER ORDERED that the Petitioner cure the deficiencies designated above

**within thirty (30) days from the date of this order**.  Any papers which the Petitioner

files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Petitioner, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action; Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254; Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that, if the Petitioner fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 4th day of October, 2010.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. '10 - CV - 0 2 4 2 0

Andrew Mark Lamar
Prisoner No. 113997
Colorado State Penitentiary
P.O. Box 777
Cañon City, CO 81215-0777

      I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 forms** to the above-named individuals on ___10/5/10___

                                    GREGORY C. LANGHAM, CLERK

                                    By:_____
                                                    Deputy Clerk