FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 22 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02420-ZLW

ANDREW MARK LAMAR,

    Applicant,

v.

ARISTEDES ZAVARAS, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

## ORDER

    Applicant, Andrew Mark Lamar, is a prisoner in the custody of the Colorado Department of Corrections, who currently is incarcerated at the Colorado State Penitentiary in Cañon City, Colorado. On March 18, 2011, Mr. Lamar filed a "Motion for Leave to Present Two Additional Exhausted Claims of Constitutional Error." The Motion is denied for the following reasons.

    The Court dismissed this action without prejudice for failure to exhaust state court remedies. The Court noted in the Order of Dismissal, and Mr. Lamar acknowledges in the March 18 Motion, that he has until May 11, 2011, to file a timely 28 U.S.C. § 2254 application. Therefore, the Motion will be denied. Mr. Lamar may file a new § 2254 action and raise the two alleged exhausted claims. Accordingly, it is

    ORDERED that the Motion for Leave to Present Two Additional Exhausted Claims of Constitutional Error (ECF 21), filed on March 18, 2011, is DENIED. It is

FURTHER ORDERED that the Clerk of the Court is instructed to send two copies of the following forms: an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and of a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action for Mr. Lamar to use in filing a new habeas corpus action if he so desires.

DATED at Denver, Colorado, this __22nd__ day of __March__, 2011.

BY THE COURT:

__s/Lewis T. Babcock__
LEWIS T. BABCOCK, Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02420-BNB

Andrew Mark Lamar
Prisoner No. 113997
Colorado State Penitentiary
P.O. Box 777
Cañon City, CO 81215-0777

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. §2254 and of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 in a Habeas Corpus Action forms** to the above-named individuals on March 22, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk